IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

DONALD J BAYLIE,                          )
                                          )
              Plaintiff,                   )    TC-MD 140331C
                                          )
       v.                                 )
                                          )
DEPARTMENT OF REVENUE,                    )
State of Oregon,                          )
                                          )
              Defendant.                   )    **FINAL DECISION**

This Final Decision incorporates without change the court's Decision entered on

August 11, 2014. The court did not receive a request for an award of costs and disbursements

within 14 days after its Decision was entered. *See* TCR-MD 19.

This matter is before the court on Defendant's Answer filed August 8, 2014. Plaintiff

filed his Complaint on July 24, 2014, appealing Defendant's Notices of Deficiency Assessment

dated April 29, 2014, for the 2011 and 2012 tax years. In its Answer, Defendant stated that

"[t]he notices of deficiency were issued in error * * *. The additional taxes have been

cancelled." (Def's Ans at 1). Because the parties are in agreement, the case is ready for

decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is granted.

Dated this ____ day of August 2014.


_____
DAN ROBINSON
MAGISTRATE

***If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.***

***Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.***

***This Final Decision was signed by Magistrate Dan Robinson on August 28, 2014.  The Court filed and entered this Final Decision on August 28, 2014.***